```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3156 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY LEE ZUNIGA, | ) | AMENDED ORDER |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED:

Plaintiff's unopposed motion to continue hearing and brief date, filing 23, is granted, and

1. The motion hearing that was set for January 30, 2008 is continued to February 11, 2008 at 1:30 p.m.

2. Plaintiff is given until February 8, 2008 to file its brief in response to defendant's motion to dismiss.

DATED this 24th day of January, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge