```
              IN THE UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEBRASKA
```

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:07CR3156 |
| | ) | |
| v. | ) | |
| | ) | |
| JERRY LEE ZUNIGA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| | ) | |

IT IS ORDERED:

Defendant's unopposed oral motion to continue is granted, and

1. The motion hearing that was set for February 11, 2008 is continued to February 27, 2008 at 9:00 a.m.

2. Plaintiff is given until February 13, 2008 to file its brief in opposition to defendant's motion to dismiss.

DATED February 11, 2008.

BY THE COURT:

s/ *David L. Piester*
David L. Piester
United States Magistrate Judge