IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:07CR3156 |
| | ) | |
| Plaintiff, | ) | **MEMORANDUM** |
| v. | ) | **AND ORDER** |
| | ) | |
| JERRY LEE ZUNIGA, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on a report and recommendation by Magistrate Judge Piester and also on the defendant's statement of objections, filed pursuant to NECrimR 57.3 and 28 U.S.C. § 636(b)(1). Judge Piester is recommending that the defendant's motions to dismiss and to suppress statements be denied in all respects. The defendant, Jerry Lee Zuniga, only objects to the Magistrate Judge's conclusions regarding the motion to dismiss.

I have conducted a de novo review of the record. I find that inasmuch as the Magistrate Judge has fully, carefully, and correctly found the facts and applied the law, the report and recommendation should be adopted, the defendant's statement of objections should be denied, and the defendant's motions to dismiss and to suppress statements should be denied in all respects.

Accordingly,

IT IS ORDERED that:

1. the Magistrate Judge's report and recommendation (filing 40) is adopted;

2. Defendant's statement of objections (filing 41) is denied; and

3.  Defendant's motions to dismiss and to suppress statements (filing 20) are denied in all respects.

May 23, 2008.                    BY THE COURT:

                                 s/ *Richard G. Kopf*
                                 United States District Judge